UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAN NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>NAPA SUPERIOR COURT, et al.,<br><br>    Defendants. | Case No. 25-cv-04457-TLT<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 14 |

    On July 8, 2025, the Court dismissed Plaintiff's complaint with prejudice. ECF 14. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiff.

    The Clerk of Court is ordered to close the file in this matter.

    **IT IS SO ORDERED.**

Dated: July 22, 2025

_____
TRINA L. THOMPSON
United States District Judge